**SO ORDERED.**

**SIGNED this 28 day of April, 2010.**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.



_____
Richard Stair Jr.
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF TENNESSEE

In re

MAZEL B. ERICKSON

Case No. 10-30312

Debtor

**O R D E R**

For cause shown, after notice and a hearing held April 28, 2010, the court directs the following:

1. The hearing on confirmation of the Debtor's Chapter 13 Plan filed January 26, 2010, and on the Chapter 13 Trustee Objection to Confirmation filed on February 26, 2010, by the Chapter 13 Trustee, Gwendolyn M. Kerney, will be held on June 23, 2010, at 1:30 p.m., in Bankruptcy Courtroom 1-C, First Floor, Howard H. Baker, Jr. United States Courthouse, Knoxville, Tennessee.

2. Any amended plan, statements, or schedules the Debtor desires to file will be filed by May 12, 2010, with the Debtor's counsel to certify service on the Chapter 13 Trustee and all affected creditors.

3. The Debtor shall remain current on all plan payments. Upon certification of the Chapter 13 Trustee at least ten (10) days prior to the confirmation hearing that an arrearage exists in the payments required under the proposed plan, this case will be subject to dismissal without further notice or hearing.

4. The parties will file a joint statement of all confirmation issues to be resolved by the court together with briefs in support of their respective theories by June 16, 2010.

###